**REVISED May 22, 2017**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-10493

United States Court of Appeals
Fifth Circuit

**FILED**

May 19, 2017

Lyle W. Cayce
Clerk

CRISTINA CHEN; LESA HILL; AKWETA CLEMMER,

Plaintiffs - Appellants

v.

IRVING INDEPENDENT SCHOOL DISTRICT,

Defendant - Appellee

Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:13-CV-4997

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM:*

The appellants appeal the district court's grant of summary judgment for Irving Independent School District in an action under 42 U.S.C. § 1983 for racial discrimination, retaliation, and related claims. This court has considered this appeal on the basis of the briefs, the record, and oral argument.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Having done so, we conclude that the matter should be affirmed, essentially for the reasons stated by the district court. Because the district court did not err in granting summary judgment, we AFFIRM.